No. 21.   NEBLETT ET AL. *v.* CARPENTER, INSURANCE COMMISSIONER, ET AL.   See *ante*, p. 562.

No. 129.   DENSON *v.* BOARD OF COMMISSIONERS OF THE STATE BAR.   October 10, 1938.   Petition for writ of certiorari to the Supreme Court of Alabama, and motion for leave to proceed further *in forma pauperis*, denied.   MR. JUSTICE BLACK took no part in the consideration and decision of this application.   *Mr. William Augustus Denson* for petitioner.   *Mr. Benjamin F. Ray* for respondents.

No. 109.   FLETCHER *v.* UNITED STATES.   October 10, 1938.   Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied.   *Edmond G. Fletcher, pro se.*   No appearance for the United States.

No. 117.   STORY *v.* RIVES.   October 10, 1938.   Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied.   *Mr. James J. Laughlin* for petitioner.   No appearance for respondent.